1 | DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 | DAVID M. PORTER, Bar #127024
Counsel Designated for Service
3 | Assistant Federal Defender
801 I Street, 3rd Floor
4 | Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
TYRONE DEMOND MAHAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. Cr. S 03-513 JAM |
|---|---|
| Plaintiff, | ) **STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18** |
| v. | ) **U.S.C. § 3582(c)(2)** |
| TYRONE DEMOND MAHAN, | ) **RETROACTIVE CRACK COCAINE REDUCTION CASE** |
| Defendant. | ) Judge: Honorable JOHN A. MENDEZ |

Defendant, TYRONE DEMOND MAHAN, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, First Assistant U.S. Attorney Phillip A. Talbert hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. By judgment dated November 17, 2005, this Court sentenced Mr. Mahan to a term of imprisonment of 156 months;

3. On June 4, 2008, the parties filed a stipulation providing

1 | that the total offense level applicable to Mr. Mahan was subsequently lowered by the United States Sentencing Commission in Amendment 706 by two levels, from 28 to 26. Mr. Mahan's criminal history category was VI, so the applicable guideline range became 120 to 150 months.

4. On June 4, 2008, the Court issued an order reducing Mr. Mahan's sentence from 156 to 134 months.

5. The total offense level applicable to Mr. Mahan was subsequently lowered by the United States Sentencing Commission in Amendment 750, from 26 to 25, resulting in a new guideline range of 110 to 137 months, and the parties agree to a sentence reduction to 120 months, the mandatory minimum sentence;

6. Accordingly, the parties request the court enter the order lodged herewith reducing Mr. Mahan's term of imprisonment to a term of imprisonment of 120 months.

Dated: November 10, 2011

Respectfully submitted,

| BENJAMIN WAGNER | DANIEL J. BRODERICK |
| United States Attorney | Federal Defender |

| /s/ *Phillip A. Talbert* | /s/ *David M. Porter* |
| PHILLIP A. TALBERT | DAVID M. PORTER |
| First Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for Plaintiff | Attorney for Movant |
| UNITED STATES OF AMERICA | TYRONE DEMOND MAHAN |

| | |
|---|---|
| 1 | **ORDER** |
| 2 | This matter came before the Court on the stipulated motion of the |
| 3 | defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2). |
| 4 | The parties agree, and the Court finds, that Mr. Mahan is entitled |
| 5 | to the benefit of the retroactive amendment reducing crack cocaine |
| 6 | penalties, which reduces the applicable total offense level from 26 to |
| 7 | 25, and a sentence within the applicable guideline range and at the |
| 8 | statutory mandatory minimum would be 120 months. |
| 9 | IT IS HEREBY ORDERED that the term of imprisonment originally |
| 10 | imposed is reduced to 120 months. |
| 11 | IT IS FURTHER ORDERED that all other terms and provisions of the |
| 12 | original judgment remain in effect. |
| 13 | Unless otherwise ordered, Mr. Mahan shall report to the United |
| 14 | States Probation office closest to the release destination within |
| 15 | seventy-two hours after his release. |
| 16 | Dated: November 14, 2011 |

/s/ John A. Mendez
_____
HONORABLE JOHN A. MENDEZ
U.S. District Judge

STIPULATED MOTION AND ORDER TO REDUCE SENTENCE
-3-